```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
                                          OK/HAV
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-03-391 DFL |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| EFAME CRUMBY, ) | |
| Defendants. ) | |

Defendant Efame Crumby, through Collin L. Cooper, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for May 5, 2005, be vacated. The parties further stipulate that a status conference be placed on the court's June 30, 2005, calendar.

The parties are still involved in efforts to negotiate a disposition in this case. These efforts have been hampered by factors beyond the parties' control. The parties are requesting a final continuance so that it can be determined whether the case will be settled, or whether it will proceed to trial.

///

1

1     For these reasons, the parties request that a status
2 conference in this case be scheduled for June 30, 2005.  The
3 parties further agree that time should be excluded through June
4 30, 2005, from computation under the Speedy Trial Act pursuant to
5 local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow
6 defense counsel to prepare his case.

7 DATED: April 29, 2005        Very truly yours,

8                                         McGREGOR W. SCOTT
                                        United States Attorney

9
                                        /s/ Kenneth J. Melikian
10
                                        By
11                                           KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
12

13
   DATED: April 29, 2005        /s/ Kenneth J. Melikian
14                                         COLLIN L. COOPER
                                        Attorney for Defendant
15                                         (Signed by Kenneth J. Melikian
                                        per authorization by Collin L.
16                                         Cooper)

17

18
    IT IS SO ORDERED.
19

20
   DATED: 4/29/2005
21

22

23                                         _____
24                                         DAVID F. LEVI
                                        United States District Judge
25

26

27

28