COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
EFAME CRUMBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CRS-03-0391 DFL |
| Plaintiff, | ) ) | STIPULATION AND ORDER SUBSTITUTING PROPERTIES |
| vs. | ) ) | FOR APPEARANCE BOND AND FOR RECONVEYANCE |
| EFAME CRUMBY, | ) ) | |
| Defendant. | ) ) | |

      Defendant EFAME CRUMBY, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Kenneth Melikian, hereby stipulate and agree to substitute the property located at 261 Reis Avenue, Vallejo, California, for appearance bond in place of the property located at 3339 Doherty Court, Stockton, California.  It is further agreed that the 3339 Doherty Court property may be reconveyed to the person legally entitled thereto, Efame Crumby, without warranty, all the estate, title, and interest acquired by the Trustee under said Deed of Trust.

DATED: July 20, 2005

/s/ COLIN L. COOPER
Attorney for Defendant EFAME CRUMBY

DATED: July 20, 2005

/s/ KENNETH MELIKIAN
Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the property located at 261 Reis Avenue, Vallejo, California, may be substituted for appearance bond in place of the property located at 3339 Doherty Court, Stockton, California.  It is further ordered that the 3339 Doherty Court property may be reconveyed to the person legally entitled thereto, Efame Crumby, without warranty, all the estate, title, and interest acquired by the Trustee under said Deed of Trust.

DATED: 7/22/2005         /s/ David F. Levi_____
                         DAVID F. LEVI
                         District Judge
                         United States District Court