1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

5
                                    **OK/HAV**
6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  CR. NO. S-03-391 DFL
                                  )
12              Plaintiff,        )
                                  )  STIPULATION; ORDER
13                                )
   EFAME CRUMBY,                  )
14                                )
                Defendant.        )
15 _____)

16     Defendant Efame Crumby, through Collin L. Cooper, Attorney At

17 Law, and the United States of America, through Assistant U.S.

18 Attorney Kenneth J. Melikian, agree that the status conference

19 scheduled for August 25, 2005, be vacated.  The parties further

20 stipulate that a status conference be placed on the court's

21 September 8, 2005, calendar.

22     The parties are still involved in efforts to negotiate a

23 disposition in this case.  The negotiations have proceeded well,

24 and are in the final stages.  The parties are requesting a final

25 continuance so that it can be determined whether the case will be

26 settled, or whether it will proceed to trial.

27     For these reasons, the parties request that a status

28 conference in this case be scheduled for September 8, 2005.  The

                                1

1 | parties further agree that time should be excluded through

2 | September 8, 2005, from computation under the Speedy Trial Act

3 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order

4 | to allow defense counsel to prepare his case.

5 | DATED: August 24, 2005            Very truly yours,

6 |                                   McGREGOR W. SCOTT
                                      United States Attorney

7 |                                   /s/ Kenneth J. Melikian

8 |                                   By
9 |                                     KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney

10 |

11 | DATED: August 24, 2005            /s/ Kenneth J. Melikian
                                      COLLIN L. COOPER
12 |                                  Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
13 |                                   per authorization by Collin L.
                                       Cooper)

14 |

15 |

16 |       IT IS SO ORDERED.

17 |

18 | DATED: 8/25/2005

19 |

20 |

21 |                                   _____
                                      DAVID F. LEVI
22 |                                  United States District Judge

23 |

24 |

25 |

26 |

27 |

28 |

2