```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700          OK/HAV
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-03-391 DFL |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION; ORDER |
| EFAME CRUMBY, | ) |
| Defendant. | ) |
| _____ | ) |

Defendant Efame Crumby, through Collin L. Cooper, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for September 8, 2005, be vacated.  The parties further stipulate that a status conference be placed on the court's October 13, 2005 at 10:00 a.m. calendar.

The parties are still involved in efforts to negotiate a disposition in this case.  The negotiations have proceeded well, and are in the final stages, but new issues have recently emerged.  The parties are requesting what will hopefully be one final continuance so that it can be determined whether the case will be settled, or whether it will proceed to trial.

///

1

         For these reasons, the parties request that a status conference in this case be scheduled for October 13, 2005.  The parties further agree that time should be excluded through October 13, 2005, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: September 7, 2005        Very truly yours,

                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kenneth J. Melikian

                                By
                                  KENNETH J. MELIKIAN
                                Assistant U.S. Attorney


DATED: September 7, 2005        /s/ Kenneth J. Melikian
                                COLLIN L. COOPER
                                Attorney for Defendant
                                (Signed by Kenneth J. Melikian
                                 per authorization by Collin L.
                                 Cooper)


     IT IS SO ORDERED.

DATED: 9/9/2005


                                _____
                                DAVID F. LEVI
                                United States District Judge

2