COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
EFAME CRUMBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EFAME CRUMBY, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CRS-03-0391 DFL <br><br> STIPULATION AND ORDER RELEASING PROPERTY FROM APPEARANCE BOND AND FOR RECONVEYANCE |

      Defendant EFAME CRUMBY, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Kenneth Melikian, hereby stipulate and agree to release the real property owned by Clifford Jeffrey and located at 4812 Birmingham Way, Stockton, California, which has been posted as security for the pretrial release of defendant EFAME CRUMBY in the above-entitled matter.  This request is made on the ground that Mr. Jeffrey is currently in default on his home loan, since he has been unable to refinance his home because of the lien currently in place.  A release of the property thus will permit Mr. Jeffrey to finance his home.  It is further agreed that the 4812 Birmingham Way property may be reconveyed to the person legally entitled thereto, Clifford Jeffrey, without warranty, all the estate, title, and

//

interest acquired by the Trustee under said Deed of Trust.

DATED: September 2, 2005

/s/ COLIN L. COOPER
Attorney for Defendant EFAME CRUMBY

DATED: September 2, 2005

/s/ KENNETH MELIKIAN
Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the property located at 4812 Birmingham Way, Stockton, California, may be released from defendant EFAME CRUMBY's appearance bond. It is further ordered that the 4812 Birmingham Way property may be reconveyed to the person legally entitled thereto, Clifford Jeffrey, without warranty, all the estate, title, and interest acquired by the Trustee under said Deed of Trust.

DATED: 9/9/2005

_____
DAVID F. LEVI
United States District Judge