```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700            OK/HAV
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-03-391 DFL |
|       Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| EFAME CRUMBY, ) | |
|       Defendant. ) | |
| _____) | |

Defendant Efame Crumby, through Collin L. Cooper, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for October 13, 2005, be vacated. The parties further stipulate that a status conference be placed on the court's calendar for November 10, 2005 at 10:00 a.m.

The parties are still involved in efforts to negotiate a disposition in this case. The negotiations have proceeded well, and are in the final stages, but new issues have recently emerged. The parties are requesting what will be one final continuance so that it can be determined whether the case will be settled, or whether it will proceed to trial.

///

1    For these reasons, the parties request that a status
2 conference in this case be scheduled for November 10, 2005 at
3 10:00 a.m.  The parties further agree that time should be excluded
4 through November 10, 2005, from computation under the Speedy Trial
5 Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
6 order to allow defense counsel to prepare his case.

7 DATED: October 12, 2005            Very truly yours,

8                                    McGREGOR W. SCOTT
                                     United States Attorney
9
                                     /s/ Kenneth J. Melikian
10
                               By
11                                   KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
12

13 DATED: October 12, 2005            /s/ Kenneth J. Melikian
                                     COLLIN L. COOPER
14                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
15                                    per authorization by Collin L.
                                      Cooper)
16

17

18     IT IS SO ORDERED.

19

20 DATED: October 17, 2005            /s/ David F. Levi
                                     HONORABLE DAVID F. LEVI
21                                   U.S. District Court Judge

2