McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814
Telephone: (916) 554-2700      **OK/HAV**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )  CR. NO. S-03-391 DFL
                             )
           Plaintiff,        )
                             )  STIPULATION; ORDER
                             )
EFAME CRUMBY,                )
                             )
           Defendant.        )
_____)

    Defendant Efame Crumby, through Collin L. Cooper, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for November 10, 2005, be vacated.  The parties further stipulate that a status conference be placed on the court's December 1, 2005, calendar.

    The parties have reached an agreement to settle this case.  It will not be possible, however, to execute a formal plea agreement before November 10th.  As such, the parties are requesting that the case be placed on the December 1st calendar for change of plea.

    For these reasons, the parties request that a status conference in this case be scheduled for December 1, 2005.  The

1

1 parties further agree that time should be excluded through
2 December 1, 2005, from computation under the Speedy Trial Act
3 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
4 to allow defense counsel to prepare his case.

5 DATED: November 4, 2005          Very truly yours,

6                                  McGREGOR W. SCOTT
                                   United States Attorney
7
8
                                 By:/s/ Kenneth J. Melikian
9                                   KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
10
11 DATED: November 4, 2005          /s/ Kenneth J. Melikian
                                    COLLIN L. COOPER
12                                  Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
13                                   per authorization by Collin L.
                                     Cooper)
14
15
16      IT IS SO ORDERED.
17
18 DATED: 11/8/2005
19
20
21                               _____
                                 DAVID F. LEVI
22                               United States District Judge
23
24
25
26
27
28

2