COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
EFAME CRUMBY

**OK/HAV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CRS-03-0391 DFL |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| EFAME CRUMBY, | |
| Defendant. | |

Defendant EFAME CRUMBY, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Kenneth Melikian, hereby stipulate and agree to continue the status conference in the above-captioned case from Thursday, January 26, 2006, at 10:00 a.m. to Thursday, March 9, 2006, at 10:00 a.m.  Mr. Melikian is in trial currently, and Mr. Cooper is scheduled to begin a trial in United States District Court in Fresno on January 24, 2006.  The parties further stipulate and agree that the period from January 26, 2006 to March 9, 2006 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8).

DATED:  January 9, 2006          /s/ COLIN L. COOPER
                                 Attorney for Defendant EFAME CRUMBY


DATED:  January 9, 2006          /s/ KENNETH MELIKIAN
                                 Assistant United States Attorney

-1-

1  GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

2  IT IS HEREBY ORDERED that the status conference scheduled for January 26, 2006, is

3  continued to March 9, 2006, at 10:00 a.m. and that the period from January 26, 2006 to March 9,

4  2006 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8).

5  DATED: 1/11/2006

_____
DAVID F. LEVI
United States District Judge

-2-

PDF created with pdfFactory trial version www.pdffactory.com