COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
EFAME CRUMBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-03-0391 DFL |
| Plaintiff, ) | STIPULATION AND ORDER EXONERATING BOND |
| vs. ) | |
| EFAME CRUMBY, ) | |
| Defendant. ) | |

Defendant EFAME CRUMBY, by and through his attorney, Dustin Gordon, and the United States, by and through Assistant United States Attorney Kenneth Melikian, hereby stipulate and agree to exoneration of bond in this case. On March 16, 2006, Judge Levi remanded defendant EFAME CRUMBY to the custody of the United States Marshall until the time of his sentencing.

DATED: April 13, 2006        /s/ DUSTIN GORDON
                             Attorney for Defendant EFAME CRUMBY

DATED: April 13, 2006        /s/ KENNETH MELIKIAN
                             Assistant United States Attorney

Based on the reasons provided in the stipulation of the parties above, the Court hereby orders that bond be exonerated.

DATED: 4/17/2006

_____
DAVID F. LEVI
United States District Judge

-1-